UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BEXTRA AND CELEBREX MARKETING,) SALES PRACTICES AND PRODUCTS LIABILITY ) LITIGATION ) | Case No. M:05-cv-01699-CRB |
| ──────────────────────────────── ) | |
| This document relates to: ) | **NOTICE OF SUBSTITUTION** ) **OF COUNSEL** |
| ) | |
| *Gayle Swilley and Conrad Swilley v. Pfizer, Inc.* ) **(Case No. 3:06-cv-02332-CRB)** ) | |
| ) | |
| ──────────────────────────────── ) | |

It is hereby consented to, stipulated and agreed that attorneys Thomas P. Cartmell, Brian J. Madden and Thomas J. Preuss of Wagstaff & Cartmell LLP, 4740 Grand Avenue, Suite 300, Kansas City, Missouri 64112, are substituted as counsel for plaintiffs Gayle Swilley and Conrad Swilley in place of James C. Barber of the Law offices of James C. Barber, 4310 Gaston Avenue, Dallas, Texas 75246.

Respectfully submitted,

James C. Barber
Law Offices of James C. Barber
4310 Gaston Avenue
Dallas, Texas 75246
214-821-8840
FAX 214-821-8834

May 25, 2006



IT IS SO ORDERED

Judge Charles R. Breyer

| | |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Brian J. Madden | MO #40637 |
| Thomas J. Preuss | MO #54923 |

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372